RECEIVED

FEB 1 8 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISON

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

John Patrick McGuire

Plaintiff

-vs-

FEDERAL BUREAU OF INVESTIGATON
WILLIAM MERCER
JAMES E. SEYKORA

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

Defendant(s)

., I, John Patrick McGuire                         , am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   N/A disabled

2. If you are **NOT PRESENTLY EMPLOYED**:
   a) state the date of start and termination of your last employment b)
   March 31,1992 lst employed state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   $1319.00 PER MONTH Social Security

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   SOCIAL SECURITY      $1319 PER MONTH

   a) Are you receiving any public benefits?
   b) In home support Cuunty of Sonoma
   c) Do you receive any income from any other

   source? No

☒ No ☐ Yes, $ ____

☒ No ☐ Yes, $ ____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   $300.00

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ⭕ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

   $799.00

8. State any special financial circumstances which the Court should consider.

   I am legally blind and unemployable

I understand that the Court shall dismiss this case in give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 2-18-11

(signature)